✓ FILED  ___ LODGED
___ RECEIVED  ___ COPY

SEP 0 2 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MEZA, Joe #P542916
Name and Prisoner/Booking Number

**Towers Jail**
Place of Confinement

3127 W. Gibson Ln
Mailing Address

Phoenix, AZ  85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Joe A. Meza                              )
(Full Name of Plaintiff)                 )
                    Plaintiff,           )
                                         )
            vs.                          )  CASE NO. CV 09-1839-PHX-DGC-DKD
                                         )  (To be supplied by the Clerk)
(1) Joseph Arpaio (Sheriff),             )
(Full Name of Defendant)                 )
(2) Fulton Brock,                        )
                                         )  **CIVIL RIGHTS COMPLAINT**
(3) Don Stapley,                         )  **BY A PRISONER**
                                         )
(4) Andrew Kunasek,                      )  ☐ Original Complaint
                    Defendant(s).        )  ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them.  )  ☒ Second Amended Complaint
                                         )  NO. CV-77-0479 PHX-NVW.

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☒ Other: Maricopa County Towers Jail / In State of Arizona

2. Institution/city where violation occurred: Towers Jail In Maricopa County

**550/555**

Amend to:
- Second Amended Judgement -
(Additional Defendants,)

(5) Max Wilson,
(6) And Mary Rose Wilcox.
                Defendant(s).

1-A

## B. DEFENDANTS

1. Name of first Defendant: __Joseph ARpaio__. The first Defendant is employed as: __MARIcopA county Sheriff__ at __towers Jail__.
   (Position and Title)                                (Institution)

2. Name of second Defendant: __Fulton Block__. The second Defendant is employed as: __maricopa county Board/Supervisor__ at __towers Jail__.
   (Position and Title)                                (Institution)

3. Name of third Defendant: __Don Stapley__. The third Defendant is employed as: __Maricopa county Board/Supervisor__ at __towers Jail__.
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: __AnDRew KunAsek__. The fourth Defendant is employed as: __Maricopa county Board/Supervisor__ at __towers Jail__.
   (Position and Title)                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

*Amend*

## -Second Amended Judgement-
(Additonal Defendants)
Page 2 B-Defendants

(5) Name of fifth Defendants: MAX WILSON
Maricopa county Board Supervisor @ towers Jail

(6) Name of Sixth Defendants: Mary Rose Wilcox
Maricopa county Board Supervisor @ towers Jail

2-A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Both Human And Civil Rights.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>unSanitary unSafe conditions.</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Rats in my pod, when I was Sleeping Some how got in my bunk, and shorty After I couldn't sleep. Thoughts of gitting Bit / And or Scratch causing me not to Be Able to get Any Sleep at night. we we on Lockdown For About six days and were not Able to get proper cleaning Supplies. with our mattress being taking from me I had to Sleep on metal. (no sleep).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Back pain from Sleeping on metal Rack and Steel was very nasty from debree, scracthes on my Arm not knowing if its from rats or not.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Treat to make problems worst if I keep Bugging As if causeing problems.</u>

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: __human, civil, And constitutional.__

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   August 27, 2009 I was told by a doctor I had been giving the wrong medications for my illness, past several days. The reason for this is because I complained shorty after I start taking the medication about, Allergies and short of breath (problem breathing) I knew I was having some form of a Allergic Reaction due to the medication. The doctor has stated that the nurses should have payd more and better Attention to the Instructions giving by the doctor. I over him say to the nurse "This could have cause serious Trauma to my health. When I heard that statment made by the doctor to the nurse I became very Afraid. And I Asked the doctor had bad was it by me taking the wrong midication for over a week. I told him I felt weird, he said I'm not sure but I'll have the nurse keep an eye on you, and if any unusaul outburst. Immediatly call medical. I hope nothing bad happens to me in this malpractice.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   difficulty breathing chest pain and sleeping alot. My conditions are still being monitored causing dizzyness

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Through emergency. See Attached (copy).__

4